THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN P. NOBLE, Appellant, *v.* JOHN F. REMSEN et al., Constituting the Board of Water Commissioners of the Roslyn Water District of the Town of North Hempstead, Respondents.

SAME, Appellant, *v.* SAME, Respondents.

*People ex rel. Noble* v. *Remsen,* 165 App. Div. 921, affirmed.
*People ex rel. Noble* v. *Remsen,* 165 App. Div. 921, appeal dismissed.

(Argued September 28, 1915; decided October 12, 1915.)

APPEAL, in the first above-entitled proceeding, from an order of the Appellate Division of the Supreme Court in

the second judicial department, entered January 14, 1915, which reversed an order of Special Term denying a motion to quash a writ of certiorari and granted said motion.

Appeal, in the second above-entitled proceeding, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1915, which confirmed a determination of the defendants rejecting the relator's claim and dismissed a writ of certiorari to review the same.

*James M. Gorman* for appellant.

*Harry W. Moore* for respondents.

Order quashing writ of certiorari affirmed, with costs; appeal from order confirming determination on writ of certiorari dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.